UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
SEP 11 2008
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-40083 |
| Plaintiff, | |
| vs. | ORDER |
| ESTEBAN RUIZ-CHAVEZ; VENANCIO CRUZ-GOMEZ, a/k/a "Juhaco," URIEL VARGAS, a/k/a "Woody," and STEPHANIE MARIE BOWERS, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Defendant Uriel Vargas' Tenth Motion to Continue, Doc. 145, and Defendant Stephanie Marie Bowers' Tenth Motion for Continuance, Doc. 144, and the Government has no objection. The motions requests the plea deadline and trial date be continued pending the determination of the decision on the pending Motions to Reconsider. After consideration of the file in this matter, the Court finds that failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and further that failure to grant the continuance would deny the public interest in bringing this case to trial in an orderly fashion. Further, the Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendants in a speedy trial. For all of those reasons as well as those set forth in the Motions,

IT IS ORDERED:

1. That the Tenth Motion for Continuance, Doc. 145, of Defendant Uriel Vargas is granted.

2. That the Tenth Motion for Continuance, Doc. 144, of Defendant Stephanie Marie Bowers is granted.

3. That ***October 1, 2008***, is hereby set as the deadline for submission to the Court of any proposed plea agreement by any Defendant.

4. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

5. That the jury trial herein shall commence in Sioux Falls, South Dakota, on Tuesday, ***October 28, 2008***, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

6. That the period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense for the Defendants must commence, as the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated this 11th day of September, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
DEPUTY